Jordan Richards, Esq.
Jordan Richards PLLC
1800 SE 10th Ave. Suite 205
Fort Lauderdale, Florida 33316
954-871-0050
jordan@jordanrichardspllc.com
Attorney for Plaintiff – Pro Hac Vice

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JASON ROIG, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDER HOLDINGS, LLC, a Utah limited liability company,<br><br>Defendant. | **OPT-IN PLAINTIFF'S NOTICE OF FILING CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT ("FLSA")**<br><br>Case No. 2:23-cv-00721<br><br>Judge Tena Campbell |

COMES NOW, Opt-In Plaintiff, Christopher McLeod ("McLeod" or "Opt-In Plaintiff"), to file his Consent to Sue Under the Fair Labor Standards Act ("FLSA"). Opt-In Plaintiff, Christopher McLeod's Consent to Sue Under FLSA is attached hereto as **Ex. A**.

DATED: October 9, 2024.

| | |
|---|---|
| JORDAN RICHARDS PLLC<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, Florida 33316<br>Ph: (954) 81-0050<br>Counsel for Plaintiff<br><br>*/s/ Jordan Richards*<br>JORDAN RICHARDS, ESQUIRE<br>jordan@jordanrichardspllc.com<br>Pro Hac Vice<br>Fla. Bar No. 108372 | MORGAN & MORGAN, P.A.<br>8151 Peters Road 4th Floor<br>Plantation, Florida 33324<br>Ph: (954) 327-5355<br>Counsel for Plaintiff<br><br>*/s/ Andrew R. Frisch*<br>ANDREW R. FRISCH, ESQUIRE<br>afrisch@forthepeople.com<br>Pro Hac Vice<br>Fla. Bar No. 27777 |

MORGAN & MORGAN, P.A.
222 S. Main Street, Suite 537
Salt Lake City, Utah 84101
Ph: (689) 216-7762
Fax: (689) 216-7812
Counsel for Plaintiff

 /s/ Justin Galvez
JUSTIN GALVEZ, ESQUIRE
jgalvez@forthepeople.com
Utah Bar No. 15602

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing motion was served on all individuals below via CM/ECF on this 9th of October, 2024.

                              By: /s/ Jordan Richards
                              JORDAN RICHARDS, ESQUIRE

## SERVICE LIST:

VICTOR A. SIPOS, ESQ.
Utah Bar No. 9211
10421 South Jordan Gateway, Suite 600
South Jordan, Utah 84095
Tel: (801) 860-3444
Fax: (801) 665-1266
E-mail: victor@siposlaw.com